Archibald Rogers, Plaintiff in Error, vs. Henry T. Kendall and The Pennsylvania Company for Insurance on Lives and Granting Annuities as Assignees of Robert H. Coleman, and Robert H. Coleman, Defendants in Error.

Writ of error to Circuit Court, Duval county; Rhydon M. Call, Judge.

T. M. Day, Jr., for Plaintiff in Error.

John C. Cooper, for Defendants in Error.

This was a suit in attachment brought by the plaintiff in error against Robert H. Coleman. Subsequently Henry T. Kendall and The Pennsylvania Company for Insurance on Lives and Granting Anuities as Assignees of Robert H. Coleman interposed claim to the property under attachment. There was judgment for the defendants, and the plaintiff takes writ of error. The judgment is affirmed.

Decision *Per Curiam*.